UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MAVIS WILLIAMS,              )<br>                                         )<br>            Plaintiff,          )<br>                                         )<br>    v.                                  )<br>                                         )<br>NANCY A. BERRYHILL, Acting Commissioner  )<br>of Social Security,                       )<br>            Defendant.          )  | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-408-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 27] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 21] is DENIED, defendant's motion for judgment on the pleadings [D.E. 23] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on June 20, 2018, and Copies To:**
Charlotte Williams Hall                                (via CM/ECF electronic notification)
Marc D. Epstein                                          (via CM/ECF electronic notification)
Wanda D. Mason                                        (via CM/ECF electronic notification)

DATE:                                                          PETER A. MOORE, JR., CLERK
June 20, 2018                                           (By) /s/ Crystal Jenkins
                                                                         Deputy Clerk